■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD J. CARHART, Appellant. — Appeal from a judgment of the County Court of Albany County (Clyne, J.), rendered October 13, 1981, upon a verdict convicting defendant of the crime of criminal possession of stolen property in the first

degree. Judgment affirmed (see *People v Wood,* 94 AD2d 849; *People v Torello,* 94 AD2d 857). Main, J. P., Mikoll, Yesawich, Jr., Weiss and Levine, JJ., concur.